**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **CARMEN JEAN-BAPTISTE,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-1587 (RCL) |
| | ) | |
| **DISTRICT OF COLUMBIA,** | ) | |
| Defendant. | ) | |
| | ) | |

**FILED**

AUG 1 0 2012

Clerk, U.S. District and
Bankruptcy Courts

**ORDER**

It is hereby

ORDERED that the attached jury verdict form and addendum shall be filed on the record in this case; and it is further

ORDERED that judgment shall be entered on the verdict. It is further

ORDERED that the Clerk of Court shall transmit this Order with the verdict form and addendum to the Attorney General for the District of Columbia.

SO ORDERED.

_8/10/12_
Date

_Royce C. Lamberth_
Royce C. Lamberth, Chief Judge

1